

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See attachment

**Civil Action No.** 20-cv-02155-BEN-AHG

**Plaintiff,**

**V.**

See attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, to allow Judgment to be entered against Defendants The Raymond Group and Raymond-Southern California, Inc.in favor of plaintiff Felix Diaz individually in this action in the amount of Fifty Thousand Dollars ($50,000.00), which includes all recoverable costs and attorneys' fees. Except as provided above, the parties shall each bear his/its respective costs and attorneys' fees.

**Date:** _____1/5/21_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler
_____
M. Exler, Deputy